# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTINA MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CIV-14-230-RAW-SPS |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 11, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The Magistrate Judge found that the correct legal standards were not applied by the ALJ and that the Commissioner's decision is therefore not supported by substantial evidence. On remand, the ALJ shall give further consideration to Plaintiff's limitations related to the frequency needed for a sit/stand option. If the ALJ's analysis results in adjustments to the RFC, the ALJ is to re-determine what work Plaintiff can perform, if any, and whether she is disabled. The Government filed an objection on September 16, 2015, requesting that the court affirm the final agency decision.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for further proceedings is well-supported. Accordingly, the Report and Recommendation of the

United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 22nd day of September, 2015.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**